MHT-Crum_Spin

# U.S. District Court
## Alabama Middle District (Montgomery)
## CIVIL DOCKET FOR CASE #: 2:07-cv-00448-MHT-CSC
### Internal Use Only

| | |
|---|---|
| Moore et al v. State of Alabama et al (CRUM SPIN) | Date Filed: 05/18/2007 |
| Assigned to: Honorable Myron H. Thompson | Jury Demand: None |
| Referred to: Honorable Charles S. Coody | Nature of Suit: 442 Civil Rights: Jobs |
| Case in other court: USDC, AL-Middle, 2:94-cv-356-MHT | Jurisdiction: Federal Question |
| Cause: 42:2000 Job Discrimination (Race) | |

## Plaintiff

**Alva Moore**    represented by    **Alan H. Garber**
Wiggins Childs Quinn & Pantanzis, PC
301 19th Street North
Birmingham, AL 35203-3204
205-328-0640
Fax: 254-1500
*LEAD ATTORNEY*

**Byron Renard Perkins**
The Cochran Firm
505 North 20th Street
Suite 505
Birmingham, AL 35203
US
205-244-1115
Fax: 205-244-1171
Email: BPerkins@cochranfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory O'Dell Wiggins**

Wiggins Childs Quinn & Pantanzis, PC
301 19th Street North
Birmingham, AL 35203-3204
205-328-0640
Fax: 205-254-1500
Email: gwiggins@wcqp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Alan Mendelsohn**
Collins Law Firm
1117 22nd Street South
Birmingham, AL 35205-2813
205-776-2069
Fax: 205-776-2040
Email: jmendel@bellsouth.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Hiram Calvin, III**
Wiggins Childs Quinn & Pantanzis, PC
301 19th Street North
Birmingham, AL 35203-3204
205-328-0640
Fax: 205-254-1500
Email: jcalvin@wcqp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly C. Page**
Wiggins Childs Quinn & Pantanzis, PC
301 19th Street North
Birmingham, AL 35203-3204
205-328-0640
Fax: 254-1500
*LEAD ATTORNEY*

**Richard Joe Ebbinghouse**

Wiggins Childs Quinn & Pantanzis, PC
301 19th Street North
Birmingham, AL 35203-3204
205-314-1547
Fax: 205-258-1259
Email: rje@wcqp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr.**
Wiggins Childs Quinn & Pantanzis, PC
301 19th Street North
Birmingham, AL 35203-3204
205-328-0640
Fax: 254-1500
Email: rcalamusa@wcqp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Russell Wayne Adams**
Wiggins Childs Quinn & Pantanzis, PC
301 19th Street North
Birmingham, AL 35203-3204
205-314-0640
Fax: 205-458-1259
Email: radams@wcqp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott A. Gilliland**
111 9th Street North
Suite 400
Birmingham, AL 35203-3040
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Chinakwe**         represented by  **Alan H. Garber**

(See above for address)
*LEAD ATTORNEY*

**Byron Renard Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory O'Dell Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Alan Mendelsohn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Hiram Calvin, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly C. Page**
(See above for address)
*LEAD ATTORNEY*

**Richard Joe Ebbinghouse**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Russell Wayne Adams**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott A. Gilliland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cecil Fagg**         represented by   **Alan H. Garber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Byron Renard Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory O'Dell Wiggins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Alan Mendelsohn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Hiram Calvin, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly C. Page**
(See above for address)
*LEAD ATTORNEY*

**Richard Joe Ebbinghouse**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rocco Calamusa, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Russell Wayne Adams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott A. Gilliland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **State of Alabama** | represented by | **Amy L. Stuedeman**<br>Campbell Waller & Poer LLC<br>2100-A SouthBridge Parkway<br>Suite 450<br>Birmingham, AL 35209-1303<br>(205) 803-0051<br>Fax: 803-0053<br>*TERMINATED: 05/23/2007*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Andrew P. Campbell**<br>Campbell Waller & Poer LLC<br>2100-A SouthBridge Parkway |

Suite 450
Birmingham, AL 35209-1303
(205) 803-0051
Fax: 205-803-0053
Email: acampbell@cwp-law.com
*TERMINATED: 05/23/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Weldon Redd**
Alabama Department of Transportation
Legal Bureau
1409 Coliseum Boulevard
Montgomery, AL 36110
(334) 24-26350
Fax: (334) 264-4359
Email: redda@dot.state.al.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandy Murphy Lee**
Campbell Waller & Poer LLC
2100-A SouthBridge Parkway
Suite 450
Birmingham, AL 35209-1303
(205) 803-0051
Fax: 803-0053
Email: blee@cwp-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Wallace Reed, Jr.**
Campbell Waller & Poer LLC
2100-A SouthBridge Parkway
Suite 450
Birmingham, AL 35209-1303
(205) 803-0051
Fax: 205-803-0053

Email: creed@cwp-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher W. Weller**
Capell Howard PC
PO Box 2069
Montgomery, AL 36102-2069
334-241-8066
Fax: 323-8888
Email: cww@chlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frank Decalve Marsh**
Assistant General Counsel
State of Alabama
Department of Industrial Relations
649 Monroe Street, Room 211
Montgomery, AL 36131
(334) 242-8376
Fax: 242-2080
Email: jcroy@dir.state.al.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Henry Lewis Gillis**
Thomas Means Gillis & Seay PC
PO Drawer 5058
Montgomery, AL 36103-5058
334-270-1033
Fax: 260-9393
Email: hlgillis@tmgpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jenifer Champ Wallis**
Campbell, Waller & Poer

2100A Southbridge Pkwy, Suite 450
Birmingham, AL 35209
US
205-803-0051
Fax: 205-803-0053
Email: jwallis@cwp-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Park, Jr.**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130-0152
334-242-7997
Fax: 334-353-8440
Email: jpark@ago.state.al.us
*TERMINATED: 05/23/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mai Lan Fogal Isler**
Capell Howard PC
PO Box 2069
Montgomery, AL 36102-2069
334-241-8069
Fax: 334-241-8269
Email: mfi@chlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret L. Fleming**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130-0152
334-353-3738
Fax: 334-353-8440

Email: mfleming@ago.state.al.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Jackson Russell, Sr.**
Department of Agriculture & Industries
P. O. Box 3336
1445 federal drive
81 watson circle
Montgomery, AL 36107
(334) 240-7117
Fax: 334-240-7192
Email: robert.russell@agi.alabama.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas O. Sinclair**
Campbell Waller & Poer LLC
2100-A SouthBridge Parkway
Suite 450
Birmingham, AL 35209-1303
(205) 803-0051
Fax: 803-0053
Email: tsinclair@cwp-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy T. Tunstill**
Campbell Waller & Poer LLC
2100-A SouthBridge Parkway
Suite 450
Birmingham, AL 35209-1303
(205) 803-0051
Fax: 803-0053
Email: wendyt@cwp-law.com
*TERMINATED: 05/23/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  |  |
|---|---|---|
|  |  | **Willie Julius Huntley, Jr.**<br>The Huntley Firm PC<br>PO Box 370<br>Mobile, AL 36601<br>251-434-0007<br>Fax: 251-434-0086<br>Email: huntfirm@bellsouth.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Fob James**<br>*Governor* | represented by | **Robert Jackson Russell, Sr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**William Patton Gray, Jr.**<br>Gray & Associates LLC<br>3800 Colonnade Parkway, Suite 545<br>Birmingham, AL 35243<br>205-968-0900<br>Fax: 205-968-6534<br>Email: wgratty@aol.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **State of Alabama Personnel Department** | represented by | **Alice Ann Byrne**<br>State Personnel Department<br>64 North Union Street<br>Folsom Administrative Building<br>Suite 316<br>Montgomery, AL 36130<br>(334) 242-3450<br>Fax: (334) 353-4481<br>Email: aliceann.byrne@personnel.alabama.gov |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher W. Weller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy T. Tunstill**
(See above for address)
*TERMINATED: 05/23/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William F. Gardner**
Cabaniss Johnston Gardner Dumas O'Neal
PO Box 830612
Birmingham, AL 35283-0612
205-716-5200
Fax: 205-716-5389
Email: wfg@cabaniss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Kenneth Thomas**
Cabaniss Johnston Gardner Dumas & O'Neal LLP
P. O. Box 2906
Mobile, AL 36652
251-415-7305
Fax: 251-415-7350
Email: wkt@cabaniss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **State of Alabama** | represented by | **David Michael Smith** |

| | |
|---|---|
| **Department of Human Resources** | Maynard, Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 AmSouth/Harbert Plaza<br>Birmingham, AL 35203-2618<br>205-254-1000<br>Fax: 205-254-1999<br>Email: dsmith@maynardcooper.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Sharon E. Ficquette**<br>Alabama Department of Human Resources<br>Legal Office<br>PO Box 304000<br>Montgomery, AL 36130-4000<br>334-242-9330<br>Fax: 242-0689<br>Email: sficquette@dhr.state.al.us<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Warren Bricken Lightfoot, Jr.**<br>Maynard, Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 AmSouth/Harbert Plaza<br>Birmingham, AL 35203-2618<br>205-254-1085<br>Fax: 205-254-1999<br>Email: wlightfoot@maynardcooper.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

## Defendant

| | | |
|---|---|---|
| **Tony Petelos**<br>*Commissioner, State of Alabama Department of* | represented by | **David Michael Smith**<br>(See above for address)<br>*LEAD ATTORNEY* |

| | |
|---|---|
| *Human Resources* | *ATTORNEY TO BE NOTICED*<br><br>**Sharon E. Ficquette**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Warren Bricken Lightfoot, Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **State of Alabama Department of Agriculture and Industry** | represented by | **Aaron Linden Dettling**<br>Balch & Bingham<br>PO Box 306<br>Birmingham, AL 35201-0306<br>205-226-8723<br>Fax: 205-226-8798<br>Email: adettling@balch.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**David R. Boyd**<br>Balch & Bingham<br>PO Box 78<br>2 Dexter Avenue<br>Montgomery, AL 36101-0078<br>334-834-6500<br>Fax: 269-3115<br>Email: dboyd@balch.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John James Coleman, III**<br>Burr & Forman LLP<br>420 North Twentieth Street<br>Suite 3100 |

Birmingham, AL 35203
205-458-5167
Fax: 205-458-5100
Email: jcoleman@burr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**A. W. Todd**
*Former Commissioner, State of Alabama Department of Agriculture and Industry*

represented by **Aaron Linden Dettling**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Boyd**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John James Coleman, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jack Thompson**
*Commissioner, State of Alabama Department of Agriculture and Industry*

represented by **Aaron Linden Dettling**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Boyd**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John James Coleman, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **State of Alabama Department of Industrial Relations** | represented by | **Aaron Linden Dettling**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**David R. Boyd**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Frank Decalve Marsh**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John James Coleman, III**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Alice McKinney**<br>*Director, State of Alabama Department of Industrial Relations* | represented by | **Aaron Linden Dettling**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**David R. Boyd**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Frank Decalve Marsh**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John James Coleman, III** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2007 | 1 | Copy of motion filed in 2:04cv356 CRUM to convert Alva Moore's class claims to an individual complaint. (vma, ) (Entered: 05/21/2007) |
| 05/18/2007 | 2 | Copy of ORDER enterd in 2:94cv356 CRUM granting 1 motion to intervene by Alva Moore; directing the Clerk to set up a separate lawsuit and file for the complaint-in-intervention filed by Alva Moore; Counsel for the intervenor and the defendants are to let the clerk of the court know forthwith what filings she needs to include in this separate lawsuit as further set out. (vma, ) (Entered: 05/21/2007) |
| 05/18/2007 | 3 | Copy of Complaint-in-intervention entered in 2:94cv356 CRUM filed on behalf of Alva Moore. (vma, ) (Entered: 05/21/2007) |
| 05/18/2007 | 4 | Copy of Amended Complaint-in-Intervention entered in 2:94cv356 CRUM filed on behalf of Alva Moore. (vma, ) (Entered: 05/21/2007) |
| 05/22/2007 | 5 | ORDER tht the Rule 26(f) report containing the discovery plan shall be filed as soon as practicable but not later than 6/4/07; Rule 26 Meeting Report due by 6/4/2007. Signed by Judge Myron H. Thompson on 5/22/07. (vma, ) (Entered: 05/22/2007) |
| 05/22/2007 | 6 | MOTION to Withdraw *as Counsel* by State of Alabama. (Park, John) (Entered: 05/22/2007) |
| 05/22/2007 | 7 | MOTION to Withdraw as Attorney by State of Alabama. (Sinclair, Thomas) (Entered: 05/22/2007) |
| 05/23/2007 | 8 | ORDER granting 6 Motion to Withdraw . Signed by Judge Myron H. Thompson on 5/23/07. (vma, ) (Entered: 05/23/2007) |

| | | |
|---|---|---|
| 05/23/2007 | | *** Attorney John J. Park, Jr terminated - per order of 5/23/07 - doc. 8. (No PDF attached) (vma, ) (Entered: 05/23/2007) |
| 05/23/2007 | 9 | ORDER granting 7 Motion to Withdraw as Attorney . Signed by Judge Myron H. Thompson on 5/23/07. (vma, ) (Entered: 05/23/2007) |
| 05/23/2007 | | *** Attorney Wendy T. Tunstill; Andrew P. Campbell and Amy L. Stuedeman terminated - per order of 5/23/07 - doc. 9. (No PDF attached)(vma, ) (Entered: 05/23/2007) |
| 05/24/2007 | | Mail Returned as Undeliverable. Mail sent to Kimberly C. Page; Order of 5/22/07 was returned w/notation: RTS; person not at this firm (vma, ) (Entered: 05/25/2007) |
| 05/25/2007 | | Mail Returned as Undeliverable. Mail sent to Alan H. Garber; Order of 5/22/07 returned w/notation: returned to sender; person not at this firm (vma, ) (Entered: 05/25/2007) |
| 05/29/2007 | | Mail Returned as Undeliverable. Mail sent to Alan H. Garber and Kimberly C. Page; order of 5/23/07 returned w/notation: return to sender; not delivarable as addressed; unable to forward (vma, ) (Entered: 05/30/2007) |
| 06/04/2007 | 10 | REPORT of Rule 26(f) Planning Meeting. (Lee, Brandy) (Entered: 06/04/2007) |
| 06/05/2007 | 11 | SCHEDULING ORDER: Final Pretrial Conference set for 4/6/2009 before Honorable Myron H. Thompson. Non-Jury Trial set for 5/11/2009 before Honorable Myron H. Thompson. Amended Pleadings due by 5/21/2008 for plaintiff and 6/20/08 for dft. Discovery due by 4/10/2009. Motions due by 1/6/2009. Mediation Notice due by 1/27/2009. Signed by Judge Myron H. Thompson on 6/5/07. (furn: yg hc sc ag)(vma, ) (Entered: 06/05/2007) |
| 06/05/2007 | 12 | NOTICE of Appearance by Charles W. Reed, Jr. and Jenifer Champ Wallis on behalf of all defendants (Wallis, Jenifer) Modified on 6/7/2007 - to add Atty Charles W. Reed to text.(vma, ). (Entered: 06/05/2007) |

| | | |
|---|---|---|
| 06/05/2007 | | ***Attorney Charles Wallace Reed, Jr for State of Alabama added - per doc. 12. (No PDF attached)(vma, ) (Entered: 06/06/2007) |
| 06/06/2007 | | ***Set MHT-CRUM SPIN Flag (cb, ) (Entered: 06/06/2007) |
| 06/07/2007 | | NOTICE of Docket Text Correction re 12 Notice of Appearance - Modified on 6/7/2007 - to add Atty Charles W. Reed to text. (No PDF attached to this notice)(vma, ) (Entered: 06/07/2007) |
| 06/07/2007 | | Mail Returned as Undeliverable. Mail sent to Alan H. Garber; order of 6/5/07 returned w/notation: person not at this address or w/law firm (vma, ) (Entered: 06/08/2007) |
| 06/19/2007 | 13 | Response to Order *To Make Proposal Regarding Consolidation and Severance of Plaintiffs* by Charles Chinakwe, Cecil Fagg, State of Alabama, Alva Moore, Fob James, State of Alabama Personnel Department, State of Alabama Department of Human Resources, Tony Petelos, State of Alabama Department of Agriculture and Industry, A. W. Todd, Jack Thompson, State of Alabama Department of Industrial Relations, Alice McKinney. (Adams, Russell) (Entered: 06/19/2007) |
| 06/20/2007 | 14 | ORDER that upon consideration of 13 joint proposal for consolidation and severance, an on-the-record Status Conference is set for 6/21/2007 08:15 AM before Honorable Myron H. Thompson; that counsel for the State of Alabama is to arrange for the conference to be conducted by telephone. Signed by Judge Myron H. Thompson on 6/20/2007. (cc, ) (Entered: 06/20/2007) |
| 06/20/2007 | 15 | Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement sent to all counsel of record. Corporate Disclosures due by 7/5/2007. (Attachments: # 1 Order - Conflict Disclosure Statement and Sample Format)(dmn) (Entered: 06/20/2007) |
| 06/21/2007 | 16 | ORDER as follows: 1) The clerk of the court is to set up a separate lawsuit and file for plaintiff Cecil Fagg and the |

| | | |
|---|---|---|
| | | dfts who he as sued; 2) The new file shall include: 2) a copy of this order; (b) a copy of the original and any amended complaints-in-intervention in this case; and (c) a copy of the docket sheet in this case; 3) The purpose of this severance is for judicial managment only; The court recognizes that the parties are in agreement as to how these cases shold be treated for trial; At a later time and as circumstances dictate, the cocurt will entertain motions for consolidation or additional severance. FRCP 42. Signed by Judge Myron H. Thompson on 6/21/07. (vma, ) (Entered: 06/21/2007) |
| 06/21/2007 | 17 | ORDER as follows: 1) The clerk of the court is to set up a separate lawsuit and file for plaintiff Charles Chinakwe and the dfts who he as sued; 2) The new file shall include: 2) a copy of this order; (b) a copy of the original and any amended complaints-in-intervention in this case; and (c) a copy of the docket sheet in this case; 3) The purpose of this severance is for judicial managment only; The court recognizes that the parties are in agreement as to how these cases shold be treated for trial; At a later time and as circumstances dictate, the cocurt will entertain motions for consolidation or additional severance. FRCP 42.. Signed by Judge Myron H. Thompson on 6/21/07. (vma, ) (Entered: 06/21/2007) |