# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| CHARLES CHINAKWE, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CIVIL ACTION NO: |
| ) | 2:07-cv-556-MHT |
| STATE OF ALABAMA et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW

Alan H. Garber no longer represents any party in this case, and therefore requests that he be allowed to withdraw as counsel in this case and all related cases.

Dated: July 3, 2007.

                                       **s/ Alan H. Garber**
                                       Alan H. Garber
                                       Georgia Bar No. 283840
                                       THE GARBER LAW FIRM, P.C.
                                       Suite 14, 4994 Lower Roswell Road
                                       Marietta, GA  30068
                                       (678) 560-6685
                                       (678) 560-5067 (facsimile)
                                       ahgarber@garberlaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Motion To Withdraw** was electronically filed with the Clerk of Court by using the CM/ECF system and will be served electronically by the system.

Dated: July 3, 2007.

**s/ Alan H. Garber**
Alan H. Garber
