IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHARLES CHINAKWE, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF ALABAMA, et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:07cv556-MHT |

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 7) is granted.

DONE, this the 10th day of July, 2007.

                       /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE