IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES CHINAKWE,       )   | |
|                         )   | |
|    *Plaintiff*,       )   | |
|                         )   | **CIVIL ACTION NO.:** |
| v.                      )   | **07 cv 556-MHT** |
|                         )   | |
| STATE OF ALABAMA, et al., )  | |
|                         )   | |
|    *Defendants*.     )   | |
|                         )   | |

_____

**JOINT STATEMENT REGARDING REPRESENTATION OF PARTIES**

In response to this Honorable Court's Order of June 25, 2007 [Doc. No. 5], requiring the parties to jointly prepare a statement concerning representation, the following is submitted:

   **A.**   **Defendants remaining in the case:**

      1. Department of Agriculture & Industries

      2. Ron Sparks, Director of Department of Agriculture & Industries

      3. State Personnel Department

      4. Jackie Graham, Director of the State Personnel Department

   **B.**   **Attorneys in the case:**

      1. Russell W. Adams

      2. Rocco Calamusa, Jr.

      3. Aaron L. Dettling

      4. Robert J. Russell, Sr.

    5. Alice Ann Byrne

**C.**　**Representation of parties:**

| Plaintiff: | Attorneys |
|---|---|
| Charles Chinakwe | Russell W. Adams |
| | Rocco Calamusa, Jr. |

| Defendants: | Attorneys |
|---|---|
| State Personnel Department | Alice Ann Byrne |
| Jackie Graham, Director | Alice Ann Byrne |
| Department of Agriculture & Industries | Aaron L. Dettling |
| | Robert J. Russell, Sr. |
| Ron Sparks, Director | Aaron L. Dettling |
| | Robert J. Russell, Sr. |

The parties agree that the Governor and the State of Alabama shall be dismissed from this action without prejudice, subject to the Plaintiff's right to reinstate the Governor and the State of Alabama as defendants upon notice to the Court and the parties. The Governor and the State would then be reinstated as defendants in this action as if they had never been dismissed such that any application statute of limitations shall be tolled during the dismissal period. The Defendants agree that no objection or defense arising from the dismissal will be raised.

Respectfully submitted, this the 30th day of July, 2007.

      /s/ Russell W. Adams
    RUSSELL W. ADAMS (ASB 3760-A62R)
    Attorney for Plaintiff

Address of Counsel:
WIGGINS CHILDS QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North
Birmingham, AL 35203-3204
(205) 314-0500

   /s/ Alice Ann Byrne_____
ALICE ANN BYRNE (BYR 015)
Attorney for Defendants
State of Alabama, Governor Don Siegleman,
Governor Fob James, State Personnel
Department, and Jackie Graham, Director of
State Personnel Department

Address of Counsel :
STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
64 North Union Street
Folsom Administrative Bldg.
Suite 316
Montgomery, AL 36130
(334) 242-3451

   /s/ Aaron L. Dettling_____
AARON L. DETTLING (DET 003)
ROBERT J. RUSSELL, SR. (RUS 012)
Attorney for Defendants
Department of Agriculture & Industries
and Ron Sparks, Commissioner

Address of Counsel:
BALCH & BINGHAM
1710 Sixth Avenue North
Birmingham, AL 35203-2014
(205) 251-8100