IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CHARLES CHINAKWE**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **2:07cv556-MHT** |
| **ALABAMA DEPARTMENT OF** ) | |
| **AGRICULTURE AND INDUSTRIES, et al.,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Daniel E. Harrell of Balch & Bingham LLP hereby gives notice of his appearance as additional counsel for Defendants Alabama Department of Agriculture and Industries and Ron Sparks, Director, in the above styled matter. The Court and opposing counsel are requested to include Daniel E. Harrell in service and distribution of all pleadings, motions and orders filed or entered herein.

Respectfully Submitted

s/ Daniel E. Harrell
One of the Attorneys For Defendants,
Alabama Department of Agriculture and
Industries and Ron Sparks, Director

**OF COUNSEL:**

Daniel E. Harrell
ASB-1540-A63H
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

930131.1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the <u>18th</u> day of <u>September</u>, 2007:

Russell W. Adams
WIGGINS CHILDS QUINN & PANTAZIS, P.C.
THE KRESS BUILDING
301 19th Street North
Birmingham, AL  35203-3204

Alice Ann Byrne
STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
64 North Union Street
Folsom Administrative Bldg.
Suite 316
Montgomery, AL  36130

                                                  s/ Daniel E. Harrell
                                                  OF COUNSEL