IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES CHINAKWE, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  Civil Action No.: 2:07-CV-556-MHT |
| | * |
| DEPARTMENT OF AGRICULTURE | * |
| AND INDUSTRIES, et al. | * |
| | * |
| Defendant. | * |

## NOTICE OF DISMISSAL

COMES NOW, Plaintiff Charlie Chinakwe, and dismisses his claims in the above-styled cause without prejudice pursuant to FRCP 41(a)(1)(i), as he no longer wishes to pursue this action. Since the time he filed his original complaint in intervention, Mr. Chinakwe received two promotions.

                                        Respectfully submitted,

                                        /s/ Rocco Calamusa
                                        H. Wallace Blizzard
                                        Counsel for Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
(205) 314-0500

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing Notice of Dismissal on counsel via e-mail, addressed, to the following:

    Alice Ann Byrne
    State Personnel Department
    64 North Union Street
    316 Folsom Administrative Bldg.
    Montgomery, AL 36130
    AliceAnn.Byrne@personnel.alabama.gov

    Aaron L. Dettling, Esq.
    Daniel E. Harrell, Esq.
    Balch & Bingham
    P.O. Box 306
    Birmingham, AL 35201-0306
    adettling@balch.com
    dharrell@balch.com

    Robert J. Russell, Sr., Esq.
    Department of Agriculture & Industries
    Legal Office
    1445 Federal Drive
    Montgomery, AL 36107-1100
    robert.russell@agi.alabama.gov

This 26th day of October, 2007.

                                                  /s/ Rocco Calamusa
                                                  OF COUNSEL